**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1868

C. HOLMES, a/k/a Cynthia Holmes, a/k/a Cynthia Collie Holmes,

Plaintiff - Appellant,

v.

GRANUAILE, LLC; J. P. WALSH, individually and as related to Granuaile, LLC; L. WALSH, individually and as related to Granuaile, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:20-cv-01748-RMG)

Submitted:  March 11, 2025                          Decided:  March 13, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

C. Holmes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

C. Holmes appeals the district court's orders denying her motions for recusal, accepting the recommendation of the magistrate judge and dismissing her civil action as barred by res judicata, and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Holmes v. Granuaile, LLC*, No. 2:20-cv-01748-RMG (D.S.C. Aug. 8, 2024; Aug. 21, 2024; Sept. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
